UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| IN RE: ERMI LLC )<br>('289) PATENT LITIGATION )<br>)<br>)<br>)<br>) | Case No. 0:19-MD-02914-RKA<br><br>ALL CASES |

### PLAINTIFF ERMI LLC'S MOTION FOR LEAVE
### TO AMEND OMNIBUS COMPLAINT

NOW COMES Plaintiff ERMI LLC ("ERMI") by and through its counsel, and respectfully moves this Court for leave to amend its Omnibus Complaint [DE 38] to add Defendants Jeffrey Smith and Thomas H. Greene. On April 7, 2020, ERMI filed two actions in the Northern District of Georgia, namely *ERMI LLC v. Jeffrey Smith*, No. 1:20-cv-01474-JPB (N.D. Ga. 2020) and *ERMI LLC v. Thomas H. Greene*, No. 1:20-cv-01476-JPB (N.D. Ga. 2020). On April 17, 2020 the JPML ordered the cases from the Northern District of Georgia transferred to this Court and to be consolidated with this case.

Notwithstanding the JPML transfer and consolidation order, the Federal Rules of Civil Procedure require leave of the court to amend its pleading when the opposing party's consent to amend is not given – as is the case here. The Rules state that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. Proc. 15(a)(2). The U.S. Supreme Court determined that "[i]n the absence of . . . undue delay, bad faith or dilatory motive . . . undue prejudice . . . futility of amendment, etc.—the leave sought should . . . be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962). None of the *Foman* factors are present in this case. ERMI is submitting the First Amended Omnibus Complaint within the time allowed to amend pleadings under this Court's Scheduling Order of April 7, 2020. [DE 90].

ERMI further notes that it has corrected a misstatement contained in its prior Omnibus Complaint at ¶ 289, which previously stated: "ERMI offers educational services, namely, presentations and speeches in the field of orthopedics and physical rehabilitation under ERMI's ORBIT mark."  This is an administrative error that required correction.  The same paragraph, ¶ 321 in ERMI's First Amended Omnibus Complaint, has been corrected to state: "ERMI offers retail and online retail store services featuring surgical supplies under ERMI's ORBIT mark" – consistent with ERMI's trademark application for its ORBIT mark (see [DE 38-2]).   ERMI also updated the First Amended Omnibus Complaint with additional facts learned since the Omnibus Complaint was filed on January 24, 2020.

WHEREFORE, ERMI respectfully requests the Court to grant this Motion and allow ERMI to amend its Omnibus Complaint to join these additional parties.   The proposed First Amended Omnibus Complaint is attached hereto as Exhibit 1, along with the proposed Exhibits and Exhibit List.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

The undersigned hereby certifies that counsel conferred in a telephonic conference which took place with the parties on April 22, 2020 and Defendants indicated that they oppose this motion.

This the 24th day of April, 2020.

Respectfully submitted,

By: /s/ Samuel A. Long, Jr.
Mindi M. Richter
Florida Bar No. 00044827
mrichter@shumaker.com
SHUMAKER, LOOP & KENDRICK, LLP
101 E. Kennedy Boulevard
Suite 2800

2

Tampa, Florida 33602
Tel.: (813) 229-7600
Fax: (813) 229-1660

Patrick B. Horne (*Pro Hac Vice*)
phorne@shumaker.com
Samuel A. Long, Jr. (*Pro Hac Vice*)
along@shumaker.com
Christina Davidson Trimmer (*Pro Hac Vice*)
ctrimmer@shumaker.com
Tom BenGera (*Pro Hac Vice*)
tbengera@shumaker.com
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: (704) 375-0057

*Counsel for Plaintiff ERMI LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 24th day of April, 2020.

      /s/ Samuel A. Long, Jr.
Samuel A. Long, Jr.