UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ERMI LLC ('289) PATENT LITIGATION | ) ) ) ) ) ) ) | Case No. 0:19-MD-02914-RKA<br><br>ALL CASES<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF ERMI LLC'S FIRST AMENDED OMNIBUS COMPLAINT EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | ERMI's U.S. Pat. No. 7,547,289 ("the '289 Patent") entitled "Shoulder Extension Control Device" |
| 2 | ERMI's "ORBIT" U.S. Trademark Application No. 88696447 |
| 3 | ERMI's "ORBIT" Georgia Trademark Registration No. S-29990 |
| 4 | ERMI's "TREX" U.S. Trademark Application No. 88696427 |
| 5 | ERMI's "TREX" Georgia Trademark Registration No. S-29940 |
| 6 | ERMI's Copyright for ERMI Arm Device Photograph; Certificate of Registration VA 2-146-537 |
| 7 | ERMI's Copyright for ERMI Chair Device Photograph; Certificate of Registration VA 2-146-536 |
| 8 | ERMI's Copyright for ERMI Leg Device Photograph; Certificate of Registration VA 2-146-538 |
| 9 | Deposit Copies of each of ERMI's copyrighted photographs |
| 10 | T-Rex Orbit for Shoulder Device Product ("Accused Shoulder Device") |
| 11 | T-Rex Arc for Knee Device Product; T-Rex Knee Device Product ("Accused Knee Device") |
| 12 | T-Rex Traverse for Hip Device ("Accused Hip Device"); T-Rex Driver for Ankle Device ("Accused Ankle Device") |
| 13 | Judicial Panel on Multidistrict Litigation's ("JPML") Transfer Orders |
| 14 | GA P.C. Formation of TREX Orthopedics, P.C. |
| 15 | TREX mark's use on websites |
| 16 | TREX Orthopedic's Assignment of TREX mark to ERMI |
| 17 | GA LLC formation for Orbit Surgical Equipment, LLC ("Orbit Surgical") |
| 18 | Orbit Surgical's Assignment of ORBIT mark to ERMI |
| 19 | ERMI Shoulder Flexionater |
| 20 | ERMI Knee Flexionater |
| 21 | ERMI Ankle Flexionater |
| 22 | '289 Patent marking for ERMI Shoulder Flexionater |

| 23 | Complaint – Lantz Medical v. Robert Kaiser |
| --- | --- |
| 24 | Information Disclosure Statement |
| 25 | Rehab website citing to clinical studies |
| 26 | Rehab and OneDirect's Brochure |
| 27 | OneDirect's distributors' advertising citing to ERMI's clinical research |
| 28 | OneDirect's website linked to Rehab's website |
| 29 | Kaiser Medical's invoice to OneDirect for shipping 7 shoulder devices to Dave Long |
| 30 | Kaiser Medical's invoice to OneDirect for shipping 49 shoulder devices to Kip Bembry, Dave Long and Mark Levitt |
| 31 | Team Post Op's website demonstrating operation of Accused Shoulder, Knee, Ankle and/or Hip Devices |
| 32 | Rehab and OneDirect's Brochure with studies |
| 33 | ERMI's Initial Claim Chart for the '289 Patent |
| 34 | Articles of Incorporation listing Thomas Hayes Greene as "Incorporator" (ODH000593) |
| 35 | Pages from Transcript of Mackenzie McClung's Deposition |
| 36 | Rehab Responses to ERMI's First Set of Interrogatories |